# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF MASSACHUSETTS

In Re: John W. Barrows, Debtor                    Chapter 7
                                                  Case No: 17-31036

## MOTION TO AMEND

Now comes the Debtor, John W. Barrows, and hereby moves this Honorable Court to allow
amendment of the Debtor's Schedules A-F.

Respectfully Submitted,

John W. Barrows, Debtor

By his attorney,

_____
Attorney Jennifer M. Breen
1326 MASS MoCA Way
North Adams, MA   01247
413-663-8100
BBO#660295

CERTIFICATE OF SERVICE

The attached motion for amendment of Debtor's Schedules A-F was served to the

attached list of creditors and the Chapter 7 Trustee, Attorney David W. Ostrander.

_____

Jennifer M. Breen, Esq.

Attorney David W. Ostrander
36 Service Center Road
Northampton, MA  01061


Affiliated Credit Services
P.O. Box 7739
Rochester, NM  55903-7739


Bank of America
P.O. Box 982238
El Paso, TX  79998-2238


Bank of America
100 N. Tryon Street
Charlotte, NC  28202-4000


Caine & Weiner
4101 McEwen Road
Dallas, TX  75244-5112


Capital One Bank (USA), NA
P.O. Box 71083
Charlotte, NC  28272-1083


Capital One Retail Services
P.O. Box 71106
Charlotte, NC  28272-1106


Central Paper Company
P.O. Box 1701
Pawtucket, RI  02862-1656

Citibusiness Card
P.O. Box 9001037
Louisville, KY  40290-1037


Cold Spring Clean Trade, LLC
c/o Attorney Christopher Brown Mulberry
1252 Elm Street,
Suite 2
West Springfield, MA  01089-1834


Comcast Business
P.O. Box 1577
Newark, NJ  07101-1577


Die Cutting Tooling Services, Inc.
P.O. Box 7
South Hadley, MA  01075-0007


Discount Labels, LLC
P.O. Box 644276
Pittsburgh, PA  15264-4276


Eversource
P.O. Box 650851
Dallas, TX  75265-0851


F.H. Cann & Associates, Inc.
1600 Osgood Street
Suite 20-2
North Andover, MA  01845-1048


Fastsigns
91 Union Street
West Springfield, MA  01089-3316

Highland Computer Forms, Inc.
1025 West Main Street
Hillsboro, OH  45133-8219


Huber Group
2850 Fesitival Drive
Kankakee, IL  60901-8937


Hyundia Motor Finance
P.O. Box 660891
Dallas, TX  75266-0891


Internal Revenue Service
1550 Main Street
Room 113
Springfield, MA  01103-1475


Lindenmeyr Munroe
14 Research Parkway
Wallingford, CT  06492-1931


McCarthy, Burgess & Wolff
26000 Cannon Road
Cleveland, OH  44146-1807


Millennium Press
570 Silver Street
Agawam, MA  01001-2924


Nationstar Mortgage
8950 Cypress Waters Blvd.
Coppell, TX  75019-4620

Northeast Thermography
10 Capital Drive
Wallingford, CT  06492-2318


PIP Marketing Signs
175 Benton Drive
East Longmeadow, MA  01028-3215


Pro Style Graphics LLC
562 Saint James Avenue
Springfield, MA  01109-3832


Sears Credit Cards
P.O. Box 6282
Sioux Falls, SD  57117-6282


Simon's Stamps, Inc.
320 Avenue A Apt. Turner
Turners Falls, MA  01376-1826


Susan Birkner CPA PC
252 Columbia Street
Chicopee, MA  01020-1308


U.S. Bank
P.O. Box 790408
Saint Louis, MO  63179-0408


Veritiv
6120 S. Gilmore Road
Suite 400
Fairfield, OH  45014-5163

Wynn & Wynn Attorneys
90 New State Highway
Raynham, MA  02767

| Fill in this information to identify your case: | |
|---|---|

| Debtor 1 | **John Barrows** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF MASSACHUSETTS, SPRINGFIELD DIVISION | | |
| Case number | **17-31036** | | |
| (if known) | | | |

☑ Check if this is an
amended filing

## Official Form 106Sum
### Summary of Your Assets and Liabilities and Certain Statistical Information        12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:    Summarize Your Assets**

| | | **Your assets**<br>Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B)<br>1a. Copy line 55, Total real estate, from Schedule A/B................................................................. | $            229.53 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B..................................................... | $         14,140.00 |
| | 1c. Copy line 63, Total of all property on Schedule A/B............................................................. | $         14,369.53 |

**Part 2:    Summarize Your Liabilities**

| | | **Your liabilities**<br>Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)<br>2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $        138,170.47 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)<br>3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ | $           2,659.75 |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $        153,930.08 |
| | **Your total liabilities** | $        294,760.30 |

**Part 3:    Summarize Your Income and Expenses**

| | | |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*.............................................................. | $           1,376.09 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*.......................................................... | $           3,280.09 |

**Part 4:    Answer These Questions for Administrative and Statistical Records**

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

■ Yes

7.  **What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C § 159.

■ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Official Form 106Sum          Summary of Your Assets and Liabilities and Certain Statistical Information          page 1 of 2

Debtor 1    **Barrows, John** _____    Case number *(if known)*  **17-31036**

8.  From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form
    122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.                                      $ _____

9.  Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 2,659.75 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 2,659.75 |

| Fill in this information to identify your case and this filing: | | | |
|---|---|---|---|
| Debtor 1 | **John Barrows** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF MASSACHUSETTS, SPRINGFIELD DIVISION | | |
| Case number | 17-31036 | | |

☒ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.
☑ Yes. Where is the property?

**1.1**

**30 Fairview St**
Street address, if available, or other description

**East Longmeadow**    **MA**    **01028-1915**
City          State        ZIP Code

County

**What is the property?** Check all that apply

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$138,400.00** | **$229.53** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Tenancy by the Entirety**

☐ Check if this is community property (see instructions)

---

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.........................................................=>

| $229.53 |
|---|

**Part 2:** Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases*.

3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☑ No
☐ Yes

Debtor 1  **Barrows, John**                                    Case number *(if known)*  **17-31036**

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages
   you have attached for Part 2. Write that number here.........................................................................=>

| | $0.00 |
|---|---|

**Part 3:** Describe Your Personal and Household Items

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**6. Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....

| | |
|---|---|
| computer desk | $100.00 |
| Curio cabinet | $150.00 |
| Entertainment cabinet | $75.00 |
| couch | $300.00 |
| 2 recilners | $250.00 |
| Kitchen table w/6 chairs | $200.00 |
| microwave | $30.00 |
| Gas stove | $200.00 |
| stackable washer and dryer | $100.00 |
| fridge | $150.00 |
| 2 air conditioners | $100.00 |
| 1 bed | $100.00 |
| 2 item bureau set | $100.00 |
| bookcase | $20.00 |
| lawn mower | $200.00 |

**7. Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices
              including cell phones, cameras, media players, games
   ☐ No
   ■ Yes. Describe.....

| | |
|---|---|
| computer - non working | $0.00 |
| laptop computer | $600.00 |
| Laser printer | $25.00 |

Debtor 1    **Barrows, John**                                    Case number *(if known)*    **17-31036**

| | |
|---|---|
| 2 tv's | $200.00 |
| VCR | $25.00 |
| DVD - non working | $0.00 |
| CD player | $25.00 |
| playstation 1 w/few games | $40.00 |
| Stereo | $30.00 |
| Cassette player | $20.00 |
| 3 ipads | $600.00 |

8.  **Collectibles of value**
    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other
            collections, memorabilia, collectibles
    ■ No
    ☐ Yes. Describe.....

9.  **Equipment for sports and hobbies**
    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical
            instruments
    ■ No
    ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes. Describe.....

| | |
|---|---|
| clothes | $1,200.00 |

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ■ No
    ☐ Yes. Describe.....

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ■ No
    ☐ Yes. Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes. Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for
    Part 3. Write that number here ..........................................................................**    $4,840.00

**Part 4:**  Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?                    Current value of the
                                                                                            portion you own?
                                                                                            Do not deduct secured
                                                                                            claims or exemptions.

Debtor 1    **Barrows, John**                                    Case number *(if known)*    **17-31036**

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
■ No
☐ Yes......................................................................................................................

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar
institutions. If you have multiple accounts with the same institution, list each.
☐ No
■ Yes......................                                    Institution name:

| | 17.1. | **Checking Account** | **TD Bank** | **$9,300.00** |
|---|---|---|---|---|

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
■ No
☐ Yes.................                    Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and
joint venture**
■ No
☐ Yes.  Give specific information about them...................
                                    Name of entity:                                    % of ownership:

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
■ No
☐ Yes. Give specific information about them
                                    Issuer name:

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
■ No
☐ Yes. List each account separately.
                                    Type of account:                    Institution name:

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
■ No
☐ Yes. .....................                                    Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
■ No
☐ Yes.............        Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
■ No
☐ Yes.............        Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25.  Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
■ No
☐ Yes.  Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
■ No
☐ Yes.  Give specific information about them...

Official Form 106A/B                            Schedule A/B: Property                                    page 4

Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com

Debtor 1   **Barrows, John**                                          Case number *(if known)*   **17-31036**

**27. Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
   ■ No
   ☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**28. Tax refunds owed to you**
   ■ No
   ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

**29. Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
   ■ No
   ☐ Yes. Give specific information......

**30. Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else
   ■ No
   ☐ Yes.  Give specific information..

**31. Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
   ■ No
   ☐ Yes. Name the insurance company of each policy and list its value.
         Company name:                      Beneficiary:                  Surrender or refund value:

**32. Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
   ■ No
   ☐ Yes.  Give specific information..

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
   ■ No
   ☐ Yes.  Describe each claim.........

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
   ■ No
   ☐ Yes.  Describe each claim.........

**35. Any financial assets you did not already list**
   ■ No
   ☐ Yes.  Give specific information..

36.   **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**..............................................................................................................................

| $9,300.00 |
|---|

**Part 5:**   **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

**37. Do you own or have any legal or equitable interest in any business-related property?**
   ☐ No. Go to Part 6.
   ■ Yes.  Go to line 38.

Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com

| Debtor 1 | **Barrows, John** | Case number *(if known)* | **17-31036** |

> **Current value of the portion you own?**
> Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**
   ■ No
   ☐ Yes. Describe.....

39. **Office equipment, furnishings, and supplies**
   *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
   ■ No
   ☐ Yes. Describe.....

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
   ■ No
   ☐ Yes. Describe.....

41. **Inventory**
   ☐ No
   ■ Yes. Describe.....

| | |
|---|---|
| air compressor model # CPH112C3D / seized by landlord | $0.00 |
| polar 90 CE 36" cutter with Auto Micro Cut / seized by landlord | $0.00 |
| challenge single head drill with drill bits / seized by landlord | $0.00 |
| baum pile feed 25x38 folder (all metal rollers) / seized by landlord | $0.00 |
| baum pile feed 20x26 folder (combination rollers) never put into service / seized by landlord | $0.00 |
| eskofot 430 paper plate maker with chemicals / seized by landlord | $0.00 |
| nuarc ft 40l flip top plate maker / seized by landlord | $0.00 |
| nuarc sst 418 camera / seized by landlord | $0.00 |
| ryobi 3200 single color press with t-head / seized by landlord | $0.00 |
| ab dick 360 single color press / seized by landlord | $0.00 |
| ab dick 350 single color press for parts / seized by landlord | $0.00 |
| atf chief 126 / seized by landlord | $0.00 |
| atf chief 15 / seized by landlord | $0.00 |
| heidelberg platen letterpress 10x15 / seized by landlord | $0.00 |
| miehle verticle v letterpress / seized by landlord | $0.00 |
| letterpress composing stone with lock up furniture (metal) / seized by landlord | $0.00 |
| galley rack / seized by landlord | $0.00 |
| hammond glider trim-o-saw model G4B / seized by landlord | $0.00 |

Debtor 1    Barrows, John                                    Case number *(if known)*   17-31036

| | |
|---|---|
| weldotron shrink wrap model 6401 / seized by landlord | $0.00 |
| light table / seized by landlord | $0.00 |
| 2 office desks / seized by landlord | $0.00 |
| 2 - 4 drawer and 1 - 2 drawer file cabinets / seized by landlord | $0.00 |
| 4 chairs / seized by landlord | $0.00 |
| 1 - fax and 1 - laser printer / seized by landlord | $0.00 |
| 1 computer (heavy monitor, old) / seized by landlord | $0.00 |
| microwave cart with microwave and small fridge / seized by landlord | $0.00 |
| tools / seized by landlord | $0.00 |
| handmade tables / seized by landlord | $0.00 |
| misc. paper / seized by landlord | $0.00 |
| storage rack / seized by landlord | $0.00 |

42. **Interests in partnerships or joint ventures**
    ■ No
    ☐ Yes. Give specific information about them...................
              Name of entity:                                    % of ownership:

43. **Customer lists, mailing lists, or other compilations**
    ■ No.
    ☐ Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?

              ■ No
              ☐ Yes. Describe.....

44. **Any business-related property you did not already list**
    ■ No
    ☐ Yes. Give specific information.........

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**...................................................................................................................

| |
|---|
| $0.00 |

**Part 6**   Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ■ No. Go to Part 7.
    ☐ Yes. Go to line 47.

**Part 7:**   Describe All Property You Own or Have an Interest in That You Did Not List Above

Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com

Debtor 1    **Barrows, John**                                         Case number *(if known)*    **17-31036**

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ■ No
    ☐ Yes. Give specific information.........

54.   **Add the dollar value of all of your entries from Part 7. Write that number here** ....................................

| | $0.00 |
|---|---|

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

| | | |
|---|---|---|
| 55. | **Part 1: Total real estate, line 2** .................................................................................................................... | $229.53 |
| 56. | **Part 2: Total vehicles, line 5** | $0.00 |
| 57. | **Part 3: Total personal and household items, line 15** | $4,840.00 |
| 58. | **Part 4: Total financial assets, line 36** | $9,300.00 |
| 59. | **Part 5: Total business-related property, line 45** | $0.00 |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $0.00 |
| 61. | **Part 7: Total other property not listed, line 54** + | $0.00 |
| 62. | **Total personal property.** Add lines 56 through 61... | $14,140.00   Copy personal property total $14,140.00 |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62 | $14,369.53 |

| Fill in this information to identify your case: |
| --- |

| Debtor 1 | **John Barrows** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF MASSACHUSETTS, SPRINGFIELD DIVISION | | |
| Case number | 17-31036 | | |
| (if known) | | | |

☒ Check if this is an
amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt                   4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
| --- | --- |

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ■ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **30 Fairview St**<br>**East Longmeadow MA, 01028-1915**<br>Line from *Schedule A/B*: **1.1** | $229.53 | ■ | $229.53 | **11 USC § 522(d)(1)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **computer desk**<br>Line from *Schedule A/B*: **6.1** | $100.00 | ■ | $100.00 | **11 USC § 522(d)(5)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Curio cabinet**<br>Line from *Schedule A/B*: **6.2** | $150.00 | ■ | $150.00 | **11 USC § 522(d)(5)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Entertainment cabinet**<br>Line from *Schedule A/B*: **6.3** | $75.00 | ■ | $75.00 | **11 USC § 522(d)(5)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **couch**<br>Line from *Schedule A/B*: **6.4** | $300.00 | ■ | $60.00 | **11 USC § 522(d)(5)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | Check only one box for each exemption. | |
| **couch** Line from *Schedule A/B*: **6.4** | $300.00 | ■ $240.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(3) |
| **2 recliners** Line from *Schedule A/B*: **6.5** | $250.00 | ■ $250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(3) |
| **Kitchen table w/6 chairs** Line from *Schedule A/B*: **6.6** | $200.00 | ■ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(3) |
| **microwave** Line from *Schedule A/B*: **6.7** | $30.00 | ■ $30.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(3) |
| **Gas stove** Line from *Schedule A/B*: **6.8** | $200.00 | ■ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(3) |
| **stackable washer and dryer** Line from *Schedule A/B*: **6.9** | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(3) |
| **fridge** Line from *Schedule A/B*: **6.10** | $150.00 | ■ $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(3) |
| **2 air conditioners** Line from *Schedule A/B*: **6.11** | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(3) |
| **1 bed** Line from *Schedule A/B*: **6.12** | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(3) |
| **2 item bureau set** Line from *Schedule A/B*: **6.13** | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(3) |
| **bookcase** Line from *Schedule A/B*: **6.14** | $20.00 | ■ $20.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(3) |
| **lawn mower** Line from *Schedule A/B*: **6.15** | $200.00 | ■ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(3) |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **laptop computer**<br>Line from *Schedule A/B*: **7.2** | $600.00 | ■ $600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(d)(5)** |
| **Laser printer**<br>Line from *Schedule A/B*: **7.3** | $25.00 | ■ $25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(d)(5)** |
| **2 tv's**<br>Line from *Schedule A/B*: **7.4** | $200.00 | ■ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(d)(5)** |
| **VCR**<br>Line from *Schedule A/B*: **7.5** | $25.00 | ■ $25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(d)(5)** |
| **CD player**<br>Line from *Schedule A/B*: **7.7** | $25.00 | ■ $25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(d)(5)** |
| **playstation 1 w/few games**<br>Line from *Schedule A/B*: **7.8** | $40.00 | ■ $40.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(d)(5)** |
| **Stereo**<br>Line from *Schedule A/B*: **7.9** | $30.00 | ■ $30.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(d)(5)** |
| **Cassette player**<br>Line from *Schedule A/B*: **7.10** | $20.00 | ■ $20.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(d)(5)** |
| **3 ipads**<br>Line from *Schedule A/B*: **7.11** | $600.00 | ■ $600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(d)(3)** |
| **clothes**<br>Line from *Schedule A/B*: **11.1** | $1,200.00 | ■ $1,200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(d)(5)** |
| **TD Bank**<br>Line from *Schedule A/B*: **17.1** | $9,300.00 | ■ $9,300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(d)(5)** |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   　　☐ No
   　　☐ Yes

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **John Barrows** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS, SPRINGFIELD DIVISION

Case number   **17-31036**
(if known)

☒ Check if this is an
amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property                          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?

   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

   ■ Yes. Fill in all of the information below.

| Part 1: | List All Secured Claims |
|---|---|

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor 's name.

| | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|---|

**2.1**  **Nationstar Mortgage**
Creditor's Name

**8950 Cypress Waters
Blvd
Coppell, TX 75019-4620**
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

**30 Fairview St, East Longmeadow,
MA 01028-1915**

Column A: **$138,170.47**  Column B: **$138,400.00**  Column C: **$0.00**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured
   car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____   Last 4 digits of account number   **9530**

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | **$138,170.47** |
| If this is the last page of your form, add the dollar value totals from all pages.<br>Write that number here: | **$138,170.47** |

| Part 2: | List Others to Be Notified for a Debt That You Already Listed |
|---|---|

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill it out or submit this page.

Software Copyright (c) 1996-2018 CIN Group - www.cincompass.com

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **John Barrows** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF MASSACHUSETTS, SPRINGFIELD DIVISION |
| Case number | **17-31036** |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

**Part 1:**   **List All of Your PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims against you?**

   ☐ No. Go to Part 2.

   ■ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor 's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

| 2.1 | **Internal Revenue Service** | Last 4 digits of account number **7742** | $2,659.75 | $2,659.75 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name

When was the debt incurred? _____

**1550 Main St Rm 113**
**Springfield, MA 01103-1475**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**

■ Debtor 1 only                ☐ Contingent

☐ Debtor 2 only                ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only         ☐ Disputed

☐ At least one of the debtors and another   **Type of PRIORITY unsecured claim:**

☐ Check if this claim is for a community debt   ☐ Domestic support obligations

**Is the claim subject to offset?**           ■ Taxes and certain other debts you owe the government

■ No                           ☐ Claims for death or personal injury while you were intoxicated

☐ Yes                          ☐ Other. Specify _____

**Part 2:**   **List All of Your NONPRIORITY Unsecured Claims**

3. **Do any creditors have nonpriority unsecured claims against you?**

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

   ■ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

Total claim

Debtor 1  **Barrows, John**                                              Case number (if know)    **17-31036**

---

**4.1**  **Affiliated Credit Services**                    Last 4 digits of account number   **1118**                        $428.16
Nonpriority Creditor's Name

When was the debt incurred?

**PO Box 7739**
**Rochester, MN 55903-7739**
Number Street City State Zip Code                           As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                             ☐ Contingent
☐ Debtor 2 only                                             ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                                ☐ Disputed
☐ At least one of the debtors and another                   Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a  community                   ☐ Student loans
debt                                                        ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                             report as priority claims
■ No                                                        ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                       ■ Other. Specify _____

---

**4.2**  **Bank of America**                               Last 4 digits of account number   **5383**                       $6,660.17
Nonpriority Creditor's Name

When was the debt incurred?

**PO Box 982238**
**El Paso, TX 79998-2238**
Number Street City State Zip Code                           As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                             ☐ Contingent
☐ Debtor 2 only                                             ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                                ☐ Disputed
☐ At least one of the debtors and another                   Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a  community                   ☐ Student loans
debt                                                        ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                             report as priority claims
■ No                                                        ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                       ■ Other. Specify _____

---

**4.3**  **Bank of America**                               Last 4 digits of account number   **3273**                       $23,496.50
Nonpriority Creditor's Name

When was the debt incurred?

**100 N Tryon St**
**Charlotte, NC 28202-4000**
Number Street City State Zip Code                           As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                             ☐ Contingent
☐ Debtor 2 only                                             ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                                ☐ Disputed
☐ At least one of the debtors and another                   Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a  community                   ☐ Student loans
debt                                                        ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                             report as priority claims
■ No                                                        ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                       ■ Other. Specify   **commerical loan**

---

Debtor 1  **Barrows, John**                                        Case number (if know)  **17-31036**

| | | |
|---|---|---|
| **4.4** | **Caine & Weiner** | Last 4 digits of account number **7586**  $1,975.28 |

Nonpriority Creditor's Name

**4101 McEwen Rd**
**Dallas, TX 75244-5112**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt
Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| **4.5** | **Capital One Bank (USA), NA** | Last 4 digits of account number **9740**  $19,976.22 |

Nonpriority Creditor's Name

**PO Box 71083**
**Charlotte, NC 28272-1083**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt
Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| **4.6** | **Capital One Retail Services** | Last 4 digits of account number **5232**  $760.84 |

Nonpriority Creditor's Name

**PO Box 71106**
**Charlotte, NC 28272-1106**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt
Is the claim subject to offset?
■ No
☐ Yes

---

Debtor 1  **Barrows, John**

Case number (if know)  **17-31036**

---

**4.7** | **Central Paper Company**
Nonpriority Creditor's Name

| Last 4 digits of account number | **7679** | **$1,478.49** |

When was the debt incurred?

PO Box 1701
**Pawtucket, RI 02862-1656**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.8** | **Citibusiness Card**
Nonpriority Creditor's Name

| Last 4 digits of account number | **6913** | **$36,097.11** |

When was the debt incurred?

PO Box 9001037
**Louisville, KY 40290-1037**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.9** | **Cold Spring Clean Trade, LLC**
Nonpriority Creditor's Name
**c/o Attorney Christopher Brown**
**Mulberry**

| Last 4 digits of account number | | **$4,127.28** |

When was the debt incurred?

**1252 Elm St Ste 2**
**West Springfield, MA 01089-1834**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1  **Barrows, John**                                                   Case number (if know)   **17-31036**

---

| 4.10 | **Comcast Business** | Last 4 digits of account number   **5607** | **$179.74** |

Nonpriority Creditor's Name

When was the debt incurred?

PO Box 1577
**Newark, NJ 07101-1577**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

---

| 4.11 | **Die Cutting Tooling Services, Inc.** | Last 4 digits of account number   **5213** | **$110.00** |

Nonpriority Creditor's Name

When was the debt incurred?

PO Box 7
**South Hadley, MA 01075-0007**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

---

| 4.12 | **Discount Labels, LLC** | Last 4 digits of account number   **682** | **$228.71** |

Nonpriority Creditor's Name

When was the debt incurred?

PO Box 644276
**Pittsburgh, PA 15264-4276**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

---

Debtor 1  **Barrows, John**        Case number (if know)  **17-31036**

---

| 4.13 | **Eversource** | Last 4 digits of account number  **1099** | | **$84.95** |

Nonpriority Creditor's Name

When was the debt incurred?

**PO Box 650851**
**Dallas, TX 75265-0851**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only      ☐ Contingent
☐ Debtor 2 only      ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only      ☐ Disputed
☐ At least one of the debtors and another      Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a  community debt      ☐ Student loans
Is the claim subject to offset?      ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No      ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes      ■ Other. Specify _____

---

| 4.14 | **Eversource** | Last 4 digits of account number  **7020** | | **$350.28** |

Nonpriority Creditor's Name

When was the debt incurred?

**PO Box 650851**
**Dallas, TX 75265-0851**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only      ☐ Contingent
☐ Debtor 2 only      ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only      ☐ Disputed
☐ At least one of the debtors and another      Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a  community debt      ☐ Student loans
Is the claim subject to offset?      ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No      ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes      ■ Other. Specify _____

---

| 4.15 | **F.H. Cann & Associates, Inc.** | Last 4 digits of account number  **9007** | | **$532.80** |

Nonpriority Creditor's Name

When was the debt incurred?

**1600 Osgood St Ste 20-2**
**North Andover, MA 01845-1048**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only      ☐ Contingent
☐ Debtor 2 only      ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only      ☐ Disputed
☐ At least one of the debtors and another      Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a  community debt      ☐ Student loans
Is the claim subject to offset?      ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No      ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes      ■ Other. Specify _____

---

Debtor 1  **Barrows, John** _____    Case number (if know)  **17-31036** _____

---

| 4.16 | **Fastsigns** | Last 4 digits of account number ____ ____ ____ ____ | $145.50 |

Nonpriority Creditor's Name

When was the debt incurred?  _____

**91 Union St**
**West Springfield, MA 01089-3316**
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.17 | **Highland Computer Forms, Inc.** | Last 4 digits of account number  **5885** | $1,568.21 |

Nonpriority Creditor's Name

When was the debt incurred?  _____

**1025 W Main St**
**Hillsboro, OH 45133-8219**
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.18 | **Huber Group** | Last 4 digits of account number  **3841** | $88.89 |

Nonpriority Creditor's Name

When was the debt incurred?  _____

**2850 Festival Dr**
**Kankakee, IL 60901-8937**
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1  **Barrows, John**                                   Case number (if know)  **17-31036**

---

| 4.19 | **Lindenmeyr Munroe** | Last 4 digits of account number  **8368** | **$1,636.00** |

Nonpriority Creditor's Name

When was the debt incurred?

**14 Research Pkwy**
**Wallingford, CT 06492-1931**
Number Street City State Zip Code

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

| 4.20 | **McCarthy, Burgess & Wolff** | Last 4 digits of account number  **2748** | **$276.04** |

Nonpriority Creditor's Name

When was the debt incurred?

**26000 Cannon Rd**
**Cleveland, OH 44146-1807**
Number Street City State Zip Code

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

| 4.21 | **Millennium Press** | Last 4 digits of account number  _____ | **$4,355.82** |

Nonpriority Creditor's Name

When was the debt incurred?

**570 Silver St**
**Agawam, MA 01001-2924**
Number Street City State Zip Code

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

Debtor 1  **Barrows, John**                                    Case number (if know)  **17-31036**

---

| 4.22 | **Northeast Thermography** | Last 4 digits of account number  **OLDS** | $78.00 |

Nonpriority Creditor's Name

When was the debt incurred?

**10 Capital Dr**
**Wallingford, CT 06492-2318**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only                                    ☐ Contingent
☐ Debtor 2 only                                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                       ☐ Disputed
☐ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**
☐ Check if this claim is for a community           ☐ Student loans
debt                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                    report as priority claims
■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                              ■ Other. Specify _____

---

| 4.23 | **PIP Marketing Signs** | Last 4 digits of account number | $849.47 |

Nonpriority Creditor's Name

When was the debt incurred?

**175 Benton Dr**
**East Longmeadow, MA 01028-3215**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only                                    ☐ Contingent
☐ Debtor 2 only                                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                       ☐ Disputed
☐ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**
☐ Check if this claim is for a community           ☐ Student loans
debt                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                    report as priority claims
■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                              ■ Other. Specify _____

---

| 4.24 | **Pro Style Graphics LLC** | Last 4 digits of account number  **1601** | $385.00 |

Nonpriority Creditor's Name

When was the debt incurred?

**562 Saint James Ave**
**Springfield, MA 01109-3832**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only                                    ☐ Contingent
☐ Debtor 2 only                                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                       ☐ Disputed
☐ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**
☐ Check if this claim is for a community           ☐ Student loans
debt                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                    report as priority claims
■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                              ■ Other. Specify _____

---

Debtor 1  **Barrows, John**                                    Case number (if know)  **17-31036**

---

| 4.25 | **SEARS Credit Cards** | Last 4 digits of account number  **6636** | **$7,253.87** |

Nonpriority Creditor's Name

When was the debt incurred?

**PO Box 6282**
**Sioux Falls, SD 57117-6282**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☑ Debtor 1 only                            ☐ Contingent
☐ Debtor 2 only                            ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only               ☐ Disputed
☐ At least one of the debtors and another  Type of NONPRIORITY unsecured claim:
☐ **Check if this claim is for a community**   ☐ Student loans
**debt**                                       ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?             report as priority claims
☑ No                                       ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                      ☑ Other. Specify  _____

---

| 4.26 | **Simon's Stamps, Inc.** | Last 4 digits of account number  **5088** | **$51.57** |

Nonpriority Creditor's Name

When was the debt incurred?

**320 Avenue A Apt Turner**
**Turners Falls, MA 01376-1826**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☑ Debtor 1 only                            ☐ Contingent
☐ Debtor 2 only                            ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only               ☐ Disputed
☐ At least one of the debtors and another  Type of NONPRIORITY unsecured claim:
☐ **Check if this claim is for a community**   ☐ Student loans
**debt**                                       ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?             report as priority claims
☑ No                                       ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                      ☑ Other. Specify  _____

---

| 4.27 | **Susan Birkner CPA PC** | Last 4 digits of account number  _____ | **$600.00** |

Nonpriority Creditor's Name

When was the debt incurred?

**252 Columba St**
**Chicopee, MA 01020-1308**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☑ Debtor 1 only                            ☐ Contingent
☐ Debtor 2 only                            ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only               ☐ Disputed
☐ At least one of the debtors and another  Type of NONPRIORITY unsecured claim:
☐ **Check if this claim is for a community**   ☐ Student loans
**debt**                                       ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?             report as priority claims
☑ No                                       ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                      ☑ Other. Specify  _____

---

Debtor 1    **Barrows, John**                                    Case number (if know)    **17-31036**

| 4.28 | **U.S. Bank** | Last 4 digits of account number    **5548** | **$12,021.83** |

Nonpriority Creditor's Name

When was the debt incurred? _____

PO Box 790408
Saint Louis, MO 63179-0408
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.29 | **Veritiv** | Last 4 digits of account number    **6773** | **$3,133.35** |

Nonpriority Creditor's Name

When was the debt incurred? _____

6120 S Gilmore Rd Ste 400
Fairfield, OH 45014-5163
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.30 | **Wynn & Wynn Attorneys** | Last 4 digits of account number    **0393** | **$25,000.00** |

Nonpriority Creditor's Name

When was the debt incurred? _____

90 New State Hwy
Raynham, MA 02767-5460
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**Part 3:    List Others to Be Notified About a Debt That You Already Listed**

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2.** For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Debtor 1  **Barrows, John**                                          Case number (if know)  **17-31036**

---

**Part 4:**    Add the Amounts for Each Type of Unsecured Claim

6.  **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 2,659.75 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 2,659.75 |

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 153,930.08 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 153,930.08 |

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **John Barrows** | |
| | First Name          Middle Name          Last Name | |
| Debtor 2 | | |
| (Spouse if, filing) | First Name          Middle Name          Last Name | |
| United States Bankruptcy Court for the: | DISTRICT OF MASSACHUSETTS, SPRINGFIELD DIVISION | |
| Case number | 17-31036 | |
| (if known) | | |

☒ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice,*
*Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X  /s/ John Barrows                              X _____

**John Barrows**                                   Signature of Debtor 2
Signature of Debtor 1

Date  **March 21, 2018**                          Date _____